# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEYON PULLINS

NO. 2021 KW 0362

**MAY 24, 2021**

---

In Re:    Keyon Pullins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-19-05953 & DC-20-04687.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** We have been advised by the judge's office that the district court is proceeding toward disposition of relator's "Motion for Brady Violation" filed in docket number DC-20-04687. Further, the record of the East Baton Rouge Parish Clerk of Court's Office reflects the "Motion for Dismissal" filed in docket number DC-19-05953 was denied April 5, 2021.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT